**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FLUGHAFEN ZÜRICH A.G. and
GESTIÓN E INGENIERÍA IDC S.A.,

*Petitioners,*

v.

Civil Action No. 1:26-cv-04028-ACR

BOLIVARIAN REPUBLIC OF
VENEZUELA,

*Respondent.*

___________________________________/

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), undersigned counsel, am a member in good standing of the bar of this Court, moves for the admission and appearance of attorney Giacomo Bossa to appear pro hac vice in the above-entitled action as counsel for Petitioners, Flughafen Zürich A.G. and Gestión e Ingeniería IDC S.A. This motion is supported by the Declaration of Giacomo Bossa, filed herewith as **Exhibit 1**. As set forth in Mr. Bossa's declaration, he is admitted and an active member in good standing the following courts and bars: the Florida Bar, Georgia Bar, New York Bar, U.S. Supreme Court, Eleventh Circuit U.S. Court of Appeals, U.S. District Court Southern District of Florida, U.S. District Court, Southern District of New York, and U.S. District Court, Eastern District of New York.

Mr. Bossa is not a member of the District of Columbia bar and does not maintain any law office in D.C. During the twelve months immediately preceding this motion, Mr. Bossa has not been admitted pro hac vice in this Court. Additionally, Mr. Bossa has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

**WHEREFORE,** undersigned counsel respectfully requests that the Court enter an Order admitting Giacomo Bossa *pro hac vice* to appear as counsel for Petitioners in this action.

Dated: November 24, 2026.

Respectfully submitted,

By: */s/ Hyung Gyu Sun*

Hyung Gyu Sun (DC Bar #1658297)
DUNLAP BENNETT & LUDWIG, PLLC
211 Church St SE
Leesburg, VA 20175
Telephone: 703-777-7319
Facsimile: 703-777-3656
hsun@dbllawyers.com

Giacomo Bossa
(*pro hac vice* motion pending)
BARAKAT + BOSSA, PLLC
201 Alhambra Circle., Suite 1060
Coral Gables, FL 33134
Telephone: (305) 444-3114
Facsimile: (305) 444-3115
gbossa@b2b.legal
elopez@b2b.legal
service@b2b.legal